IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| AARON THOMPSON #872772 | § § | |
| V. | § § | CIVIL ACTION NO. G-05-098 |
| J.P. GUYTON, ET AL. | § | |

## REPORT AND RECOMMENDATION

Plaintiff Aaron Thompson, proceeding *pro se*, filed this civil rights complaint pursuant to 42 U.S.C. § 1983. On May 1, 2007, Thompson was ordered to respond to the Court's interrogatories. The Order specifically provided that "The Plaintiff shall have until May 31, 2007, in which to have answers to the interrogatories physically on file in the Office of the Clerk." To date, no response has been received, prompting this Court to conclude that Plaintiff lacks due diligence or no longer wishes to pursue his case.

Therefore, under the inherent powers necessarily vested in a District Court to manage its own affairs in order to achieve the orderly and expeditious disposition of cases, and to avoid congestion in its calendar, this Court **RECOMMENDS** that the instant cause be **DISMISSED without prejudice for want of prosecution.**

The Clerk **SHALL** send copies of this Report and Recommendation to the Plaintiff. Plaintiff **SHALL** have until **June 22, 2007**, to have written objections, filed pursuant to 28 U.S.C. § 636(b)(1)(C), **physically on file** in the Office of the Clerk. The Objections **SHALL** be mailed to the Clerk's Office at P.O. Drawer 2300, Galveston, Texas 77553. **Any Objections filed**

**SHALL** be contained in a written document specifically entitled "Objections to the Report and **Recommendation of the Magistrate Judge**", which will then be forwarded to the District Judge for consideration. Failure to file written objections within the prescribed time **SHALL** bar the aggrieved party from attacking on appeal the factual findings and legal conclusions accepted by the District Judge, except upon grounds of plain error.

**DONE** at Galveston, Texas, this the ___6th___ day of June, 2007.

_____
John R. Froeschner
United States Magistrate Judge