IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| AARON THOMPSON, #872772 | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-05-098 |
| | § | |
| J. P. GUYTON, ET AL. | § | |
| | § | |

**O R D E R**

On June 6, 2007, the United States Magistrate Judge entered a Report and Recommendation that the above-styled cause be dismissed for Plaintiff's failure to file Answers to Interrogatories on or before the ordered due date of May 31, 2007. On June 11, 2007, Plaintiff filed his Answers to Interrogatories and on June 18, 2007, his Objections to the Report and Recommendation. Inasmuch as Plaintiff has responded, albeit in a wholly untimely manner, to the Magistrate Judge's Order for Answers to Interrogatories, this Court **DECLINES TO ACCEPT** the Report and Recommendation and this matter is returned to the Magistrate Judge for further consideration.

**DONE** at Galveston, Texas, this the 10th day of July, 2007.

_____
Samuel B. Kent
United States District Judge